# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENIRO WESTFIELD,

    Defendant.

Case No. 2:10-cr-00587-KJD-GWF

**ORDER**

Pursuant to the Petition, Stipulation for Return of Property and Order (#35) filed April 25, 2013,

**IT IS ORDERED** that the Motion for Return of Property (#28) is vacated.

DATED this 17th day of June, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge